1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA  94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE NORTHERN      )        NO.  C 11 3360 MEJ
CALIFORNIA SHEET METAL, et al.,        )
                                       )        PLAINTIFFS' CASE
                   Plaintiffs,         )        MANAGEMENT STATEMENT &
                                       )        REQUEST FOR CONTINUANCE;
          vs.                          )        ORDER
                                       )        DATE: 10/20/11
RAM MECHANICAL, INC., etc.,            )        TIME: 10:00 a.m.
                                       )
                   Defendant.          )
_____)

          Plaintiffs in the above-entitled action submit this Case

Management Statement reporting on the status of this case as follows:

          1.   Service was accomplished upon the only party by

subservice on July 14, 2011.  No responsive pleading has yet been

filed.

          2.   An extension of time to plead has been granted to

defendant's newly retained counsel to October 14, 2011.

          3.   The efforts to settle this matter continue and

defendant has requested that its latest position be considered by the

Trustees who meet next on November 16, 2011.

          4.  It is respectfully requested that the Court continue the

Case Management Conference to December 8, 2011 to allow defendant time

PLAINTIFFS' CASE MANAGEMENT STATEMENT & REQUEST FOR CONTINUANCE; ORDER        1

1  to file an Answer in this case and for the Trustees to review

2  defendant's latest position.

3      5.  Good cause exists to grant plaintiffs' request for a

4  continuance of the Case Management Conference currently set for

5  October 20, 2011 to December 8, 2011 to allow the parties additional

6  time to work on settlement of this case and avoid any unnecessary

7  burden to the Court.

8      I declare under penalty of perjury that the foregoing is

9  true and correct to the best of my knowledge.

10      Executed on October 10, 2011 at Sausalito, California.

11                                /s/ Michael J. Carroll
12                                Michael J. Carroll

13

14

15                    O R D E R

16      IT IS ORDERED that the Case Management Conference in this

17  case set for October 20, 2011 be continued to December 8, 2011 at

18  10:00 a.m. in Courtroom No. B, 15th Floor, 450 Golden Gate Avenue, San

19  Francisco, California.

20  Dated:____October 11, 2011____       _____
21                                Magistrate Judge Maria-Elena James

22

23

24

25

26

27

28

PLAINTIFFS' CASE MANAGEMENT STATEMENT & REQUEST FOR CONTINUANCE; ORDER      2

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City of Sausalito, County of Marin, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 3030 Bridgeway, Suite 121, Sausalito, CA 94965.  On October 10, 2011 I served the within PLAINTIFFS' CASE MANAGEMENT STATEMENT & REQUEST FOR CONTINUANCE; ORDER on defendant's counsel in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Rio Vista, addressed as follows:

Charles K. Brunn
Mahanvir S. Sahota
Brunn & Flynn
928-12th Street, Suite 200
Modesto, CA 95354

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2011 at Rio Vista, California.


                                    /s/Diane Andrade
                                    DIANE ANDRADE